Order Filed on March 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, New Jersey 08091<br>(856) 767-3000<br>Accountants for Former Trustee, Joseph D. Marchand | Case No.: 17-14028/JNP<br><br>Chapter 7 |
| In re:<br><br>  JOHN J. GARAGOZZO,<br><br>        Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO FORMER TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 7, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:  JOHN J. GARAGOZZO

Case No:  17-14028/JNP

Caption of Order:  **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO FORMER TRUSTEE**

---

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Former Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Former Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $1,902.00 together with reimbursement of expenses in sum of $9.80 for a total allowance herein of $1,911.80.