UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM:5998
Attorney for Chapter 7 Trustee

In Re:

John J. Garagozzo,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 17-14028/JNP

Hearing Date: 3/7/19

Judge:  Jerrold N. Poslusny, Jr.

ORDER FOR PAYMENT OF ADMINISTRATIVE FEES
FOR ATTORNEY FOR FORMER CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**:

**DATED: March 7, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: John J. Garagozzo
Case No: 17-14028/JNP
Caption of Order:    Order for Payment of Administrative Fees for Attorney
For Former Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for Payment of Administrative Fees for Attorney for Former Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**IT IS FURTHER ORDERED THAT** Joseph D. Marchand, Esquire, as *Attorney for Former Chapter 7 Trustee*, is hereby awarded Compensation in the sum of **$6,696.00**; and shall be allotted Expenses in the sum of **$746.65;** for a total award of **$7,442.65**, which shall be treated as an Administrative Expense of the Debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.