| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, New Jersey 08091<br>(856) 767-3000<br>Accountants for Former Trustee, Joseph D. Marchand | Case No.: 17-14028-JNP<br><br>*Order Filed on March 7, 2019 by*<br>*Clerk U.S. Bankruptcy Court*<br>*District of New Jersey*<br><br>Chapter 7 |
| In re:<br><br>   JOHN J. GARAGOZZO,<br><br>                  Debtor. | Judge: Jerrold N. Poslusny, Jr. |

### ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO FORMER TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 7, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:               JOHN J. GARAGOZZO

Case No:             17-14028/JNP

Caption of Order:   **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO FORMER TRUSTEE**

---

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Former Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Former Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $1,902.00 together with reimbursement of expenses in sum of $9.80 for a total allowance herein of $1,911.80.

United States Bankruptcy Court
District of New Jersey

In re:
John J. Garagozzo
    Debtor

Case No. 17-14028-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 07, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
db         +John J. Garagozzo,   108 Brook Holw Court,   Mickleton, NJ 08056-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
          Denise A Kuhn   on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph Marchand   on behalf of Trustee Joseph Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph Marchand   on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kimberly A. Wilson   on behalf of Debtor John J. Garagozzo wilson.schroedinger@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 10