UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax

Order Filed on May 31, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
John J. Garagozzo,
Debtor.

Case No.: 17-14028
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

# ORDER AUTHORIZING RETENTION OF

Betty Jane Harrison-Marshall, CPA

The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Betty Jane Harrison-Marshall, CPA__
as __Certified Public Accountant__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  BJ Harrison & Company, LLC
   24 N. White Horse Pike
   Somerdale, NJ 08083

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*