UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
ID # 031441997
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax

Order Filed on September 10, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

John J. Garagozzo,
Debtor.

| | |
|---|---|
| Case Number: | 17-14028 |
| Hearing Date: | Sept 3, 2019 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER TO RECLASSIFY PROOF OF CLAIM
### FILED BY Atlantic City Electric Company (claim 8) FROM SECURED TO UNSECURED

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 10, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

  This matter having been opened to the Court by __Kimberly A. Wilson, Esquire__, attorney for the Debtor, _____John J. Garagozzo_____, on a Motion to Reclassify the Proof of Claim of ____Atlantic City Electric Company____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

  **ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of __Atlantic City Electric Company__ from a priority claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*