UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
ID # 031441997
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax

In Re:

John J. Garagozzo,
 Debtor.

Order Filed on September 10, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case Number: | 17-14028 |
| Hearing Date: | Sept 3, 2019 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER TO RECLASSIFY PROOF OF CLAIM
**FILED BY** Atlantic City Electric Company (claim 8) **FROM SECURED TO UNSECURED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been opened to the Court by  Kimberly A. Wilson, Esquire , attorney for the Debtor,         John J. Garagozzo        , on a Motion to Reclassify the Proof of Claim of     Atlantic City Electric Company     from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of   Atlantic City Electric Company   from a priority claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Garagozzo  
    Debtor

Case No. 17-14028-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Sep 10, 2019 |
| | Form ID: pdf903 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db             +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty            +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
                 Haddonfield, NJ 08033-2342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
```
              Denise A Kuhn    on behalf of Attorney Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Marchand    on behalf of Trustee Joseph    Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```