**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    John J. Garagozzo,

Debtor(s)

Case No.: 17-14028

Judge: JNP

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 09/16/2019

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: KAW    Initial Debtor: JJG    Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __1,710.00__ per __month__ to the Chapter 13 Trustee, starting on __March 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):
Lump sum payment upon confirmation of plan.

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,750.00 |
| DOMESTIC SUPPORT OBLIGATION | Stephanie Santoro | $0.00-current & payments to continue outside plan |
| Joseph Marchand-Ch7 Trustee | Administrative | 12,378.84 |
| IRS | Taxes | $2,316.93 |
| State of New Jersey | Taxes | $100.00 |
| Pennsylvania Department of Revenue | Taxes | $905.10 |
| City of Philadelphia Law-Tax & Revenue Unit | Taxes | see non-standard provisions |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4:   Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ __140,000.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  | residence | judicial |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Pennsylvania Department of Revenue | Chattel | $11,086.67 | $6,109.63 | IRS Claim #7 | n/a | $11,086.67 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Internal Revenue Service | Chattel | $302,978.56 | $6,109.63 | $6,109.63 plus interest | $296,868.93 |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Law Office of Kimberly A. Wilson, LLC;

3) Secured Claims,

4) Priority & Unsecured, if any.

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2/12/19                                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. To address DSO obligation. | 1. DSO recipient added to part 3. |
| 2. City of Philadelphia Law-Tax & Revenue Unit added for potential debt | 2. City of Philadelphia Law-Tax & Revenue Unit added to part 3. |
| 3. Update amount to be paid to the Chapter 7 trustee, Joseph Marchand. | 3. Amount updated to Joseph Marchand in part 3. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:
Resolution sought by consent orders with the IRS, City of Philadelphia Law-Tax & Revenue & the State of New Jersey

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 09/16/2019                             /S/John J. Garagozzo
                                             Debtor

Date: _____                         /S/
                                             Joint Debtor

Date: 09/16/2019                             /S/ Kimberly A. Wilson
                                             Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Garagozzo  
    Debtor

Case No. 17-14028-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　　　Page 1 of 3　　　　　　　　Date Rcvd: Sep 18, 2019  
　　　　　　　　　　　　　Form ID: pdf901　　　Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.

```
db            +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty            Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0946
aty           +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
                 Haddonfield, NJ 08033-2342
acc           +Betty Jane Harrison-Marshall,    24 North White Horse Pike,    Somerdale, NJ 08083-1741
acc           +Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                 West Berlin, NJ 08091-9216
acc           +Giuliano, Miller & Company, LLC.,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
r             +Hileman Real Esate, Inc.,    11065 Cathell Road,    Berlin, MD 21811-9378
cr            +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516676431      AMA Insurance,    300 N. Wabash Avenue,    Suite 39300,    Chicago, IL 60611
516676426     +Accurate Termite & Pest Control,    30139 Susses Hwy.,    Laurel, DE 19956-3826
516676429     +Alastain James Speirs,    PO Box 26,    Mickleton, NJ 08056-0026
516676430     +Allegheny County Court Office,    414 Grant Street,    1st Floor,    Pittsburgh, PA 15219-2419
516676432     +American Express,    World Financial Center,    200 Vesey Street,    New York, NJ 10285-1000
516676433     +American Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
516676437      Attorney Registration,    Pennsylvania Judicial Center,    601 Commonwealth Ave., Ste. 5600,
                 PO Box 62625,    Harrisburg, PA 17106-2625
516676445      Commonwealth of Pennsylvania,    Department of Revenue / Taxes,    PO Box 280901,
                 Harrisburg, PA 17128-0901
516676446     +Deutsche Bank National Trust Co.,    c/o Phelan, Hallinan, Diamond & Jones PC,
                 400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
518065773     +Disciplinary Board of the Supreme,    Court of Pennsylvania,    PO Box 62625,
                 Harrisburg, PA 17106-2625
516676449     #+Diversified Insurance & Financial Srvs,    13 Horton Street,    Hammonton, NJ 08037-1714
516676450     +Father Martin's Ashley,    800 Tydings Lane,    Havre De Grace, MD 21078-2102
516676451     +Gloucester County Clerk,    1 N. Broad Street,    Woodbury, NJ 08096-4602
518285906     +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
516676455     +Kaplan, Leaman & Wolfe,    111 S. Independence Mall,    Philadelphia, PA 19106-2515
516676456     +Katrina Vitale, Esquire,    105 N. Broad Street,    Woodbury, NJ 08096-1703
516676457     +Law Office of Katrina Vitale, LLC,    105 N. Broad Street,    Woodbury, NJ 08096-1703
516676458     +Law Offices of Katrina Vitale,    Stephen Guice, Esquire,    413 Clements Bridge Road,
                 Barrington, NJ 08007-1809
516676460     +M. Burr Keim Company,    2021 Arch Street,    Philadelphia, PA 19103-1467
516676461      Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
516676462      Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
518280698     +New Jersey DFD/OCSS,    PO Box 716,    Trenton, NJ 08625-0716
516676464      Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowga, NY 14225-1943
516676467      PNC Bank, N.A.,    Attn Bankruptcy Dept.,    PO Box 489909,    Charlotte, NC 28269-5329
516676465      Penn Medicine,    PO Box 8484,    Cherry Hill, NJ 08002-0484
516713657      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
516676466     +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
516676468     +SCORE American Soccer Company, Inc.,    726 E. Anaheim St.,    Wilmington, CA 90744-3635
516676471     +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
517052730     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516676469     +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516676470     +Sheriff of Gloucester County,    County Administration Building,    2 South Broad Street,
                 PO Box 337,    Woodbury, NJ 08096-7337
516676472     +South Jersey Gas,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516758958      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516676473      Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
516676474      State of New Jersey,    Department of the Treasury,    Division of Taxation,    PO Box 445,
                 Trenton, NJ 08695-0445
518280697     +Stephanie Santoro,    47 Fredrick Blvd,    Swedesboro, NJ 08085-4245
516676476     +Superior Court of New Jersey,    Cumberland County,    60 West Broad Street,
                 Bridgeton, NJ 08302-2515
516676478     +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
516676477     +Target National Bank,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3440
516676479     +The Bureaus,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
516676482     +USD District 10 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
516676481     +USW District 10 Local 286 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
517093523     +USW District 10 Local 286 Pension Fund,    c/o Spear Wilderman, PC,
                 230 South Broad Street, 14th Floor,    Philadelphia, PA 19102-4121
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Sep 18, 2019
                               Form ID: pdf901              Total Noticed: 83


516676480      +United Property & Casualty Insurance Co.,    PO Box 51149,    Sarasota, FL 34232-0330
516676483       Veritext/Pennsylvania,    225 S. 15th Street,    Philadelphia, PA 19102
516676484      +Wade D. Albert, Esquire,    Sobol & Sobol, PC,   1845 Walnut Street,    23rd Floor,
                 Philadelphia, PA 19103-4723
518119503      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
516676486      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
516676485       Wells Fargo Dealer Services,    PO Box 17900,   Denver, CO 80217-0900
516676487      +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: megan.harper@phila.gov Sep 18 2019 23:47:59      City of Philadelphia,
                 c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
                 Municipal Services Building,    Philadelphia, PA 19102
516676428       E-mail/Text: amscbankruptcy@adt.com Sep 18 2019 23:48:04      ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
516676427      +E-mail/Text: amscbankruptcy@adt.com Sep 18 2019 23:48:04      ADT Security Services,
                 3190 S. Vaughn Way,    Aurora, CO 80014-3512
516676434       E-mail/Text: legal@arsnational.com Sep 18 2019 23:47:34      ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
516676435      +E-mail/Text: legal@arsnational.com Sep 18 2019 23:47:34      ARS National Services, Onc.,
                 Department # 110840,    PO Box 1259,    Oaks, PA 19456-1259
516676436      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 18 2019 23:47:32      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516946671       E-mail/Text: bankruptcy@pepcoholdings.com Sep 18 2019 23:47:33
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516676438       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 23:47:40      Boscov’s,    PO Box 659622,
                 San Antonio, TX 78265-9622
516676443       E-mail/Text: megan.harper@phila.gov Sep 18 2019 23:47:59      City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105-1630
518032803      +E-mail/Text: megan.harper@phila.gov Sep 18 2019 23:47:58
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
516676439       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:21      Capital One,
                 PO Box 85619,    Richmond, VA 23285-5619
516970638       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:21
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516676440       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:21
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
516676441       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:52
                 Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
516676442       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:21
                 Capital One Services, LLC,    PO Box 4144,   Carol Stream, Il 60197-4144
516676444       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 23:47:41      Comenity Capital Bank,
                 PO Box 183043,    Columbus, OH 43218-3043
516676447       E-mail/Text: Bankruptcy.Consumer@dish.com Sep 18 2019 23:47:44      DISH,    PO Box 94063,
                 Palatine, IL 60094-4063
516676448       E-mail/Text: Bankruptcy.Consumer@dish.com Sep 18 2019 23:47:44      DISH NETWORK,    PO Box 7203,
                 Pasadena, CA 91109-7303
516676453       E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 23:47:31      IRS,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
516676454       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 23:47:54      Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN 56303
516676459       E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 23:45:19      Lowes Business Account/SYNCB,
                 PO Box 530970,    Atlanta, GA 30353-0970
516676463      +E-mail/Text: bnc@nordstrom.com Sep 18 2019 23:47:28      Nordstrom Bank USA,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518012881*      Atlantic City Electric Company,    Pepco Holdings, Inc.,    Bankruptcy Division, Mail Stop 84CP42,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516676452*      Internal Revenue Service,    Insolvency Remittance,    PO Box 7317,
                 Philadelphia, PA 19101-7317
518285904*     +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
516676475     ##+Stephanie Santoro,    5 W. Wolfert Station Road,    Mickleton, NJ 08056-1311
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin               Page 3 of 3                  Date Rcvd: Sep 18, 2019
                              Form ID: pdf901           Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
```
              Denise A Kuhn    on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```