UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-14028 |
|---|---|---|
| John J. Garagozzo, Debtor. | Chapter: | 13 |
| | Judge: | JNP |

## NOTICE OF PROPOSED PRIVATE SALE

__John J. Garagozzo__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeannie McNaughten
Clerk of the Bankruptcy Court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny Jr.__ on __December 3, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __401 Market Street Camden, NJ 08102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  203 125th Street #175S1
(aka Unit 175, Hidden HarbourV)
Ocean City, MD

Proposed Purchaser:  Anna Simone (co-owner/owner)

Sale price:  $88,310.00 (Amount required to purchase estate interest in real property.)

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Seek waiver of Fed. R. Bankr. P. 6004(h).

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Kimberly A. Wilson, Esquire |
| Address: | 24 North White Horse Pike Somerdale, NJ 08083 |
| Telephone No.: | (856) 783-4440 |

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-14028-JNP
John J. Garagozzo                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3           Date Rcvd: Nov 05, 2019
                              Form ID: pdf905          Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty             Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0946
aty            +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
                 Haddonfield, NJ 08033-2342
acc            +Betty Jane Harrison-Marshall,    24 North White Horse Pike,    Somerdale, NJ 08083-1741
acc           #+Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                 West Berlin, NJ 08091-9216
acc           #+Giuliano, Miller & Company, LLC.,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
r              +Hileman Real Esate, Inc.,    11065 Cathell Road,    Berlin, MD 21811-9378
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516676431       AMA Insurance,    300 N. Wabash Avenue,    Suite 39300,    Chicago, IL 60611
516676426      +Accurate Termite & Pest Control,    30139 Susses Hwy.,    Laurel, DE 19956-3826
516676429      +Alastain James Speirs,    PO Box 26,    Mickleton, NJ 08056-0026
516676430      +Allegheny County Court Office,    414 Grant Street,    1st Floor,    Pittsburgh, PA 15219-2419
516676432      +American Express,    World Financial Center,    200 Vesey Street,    New York, NY 10285-1000
516676433      +American Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
516676437       Attorney Registration,    Pennsylvania Judicial Center,    601 Commonwealth Ave., Ste. 5600,
                 PO Box 62625,    Harrisburg, PA 17106-2625
516676445       Commonwealth of Pennsylvania,    Department of Revenue / Taxes,    PO Box 280901,
                 Harrisburg, PA 17128-0901
516676446      +Deutsche Bank National Trust Co.,    c/o Phelan, Hallinan, Diamond & Jones PC,
                 400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
518065773      +Disciplinary Board of the Supreme,    Court of Pennsylvania,    PO Box 62625,
                 Harrisburg, PA 17106-2625
516676450      +Father Martin’s Ashley,    800 Tydings Lane,    Havre De Grace, MD 21078-2102
516676451      +Gloucester County Clerk,    1 N. Broad Street,    Woodbury, NJ 08096-4602
518285906      +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
516676455      +Kaplan, Leaman & Wolfe,    111 S. Independence Mall,    Philadelphia, PA 19106-2515
516676456      +Katrina Vitale, Esquire,    105 N. Broad Street,    Woodbury, NJ 08096-1703
516676457     #+Law Office of Katrina Vitale, LLC,    105 N. Broad Street,    Woodbury, NJ 08096-1703
516676458      +Law Offices of Katrina Vitale,    Stephen Guice, Esquire,    413 Clements Bridge Road,
                 Barrington, NJ 08007-1809
516676460      +M. Burr Keim Company,    2021 Arch Street,    Philadelphia, PA 19103-1467
516676461       Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
516676462       Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
518280698      +New Jersey DFD/OCSS,    PO Box 716,    Trenton, NJ 08625-0716
516676464       Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowga, NY 14225-1943
516676467       PNC Bank, N.A.,    Attn Bankruptcy Dept.,    PO Box 489909,    Charlotte, NC 28269-5329
516676465       Penn Medicine,    PO Box 8484,    Cherry Hill, NJ 08002-0484
516713657       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
516676466      +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
516676468      +SCORE American Soccer Company, Inc.,    726 E. Anaheim St.,    Wilmington, CA 90744-3635
516676471      +SLS,   8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
517052730     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516676469      +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516676470      +Sheriff of Gloucester County,    County Administration Building,    2 South Broad Street,
                 PO Box 337,    Woodbury, NJ 08096-7337
516676472      +South Jersey Gas,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516758958       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516676473       Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
516676474       State of New Jersey,    Department of the Treasury,    Division of Taxation,    PO Box 445,
                 Trenton, NJ 08695-0445
518280697      +Stephanie Santoro,    47 Fredrick Blvd,    Swedesboro, NJ 08085-4245
516676476      +Superior Court of New Jersey,    Cumberland County,    60 West Broad Street,
                 Bridgeton, NJ 08302-2515
516676478      +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
516676477      +Target National Bank,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3440
516676479      +The Bureaus,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
516676482      +USD District 10 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
516676481      +USW District 10 Local 286 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
517093523      +USW District 10 Local 286 Pension Fund,    c/o Spear Wilderman, PC,
                 230 South Broad Street, 14th Floor,    Philadelphia, PA 19102-4121
516676480      +United Property & Casualty Insurance Co.,    PO Box 51149,    Sarasota, FL 34232-0330
```

```
District/off: 0312-1            User: admin                Page 2 of 3                    Date Rcvd: Nov 05, 2019
                                Form ID: pdf905            Total Noticed: 82


516676483       Veritext/Pennsylvania,    225 S. 15th Street,     Philadelphia, PA  19102
516676484      +Wade D. Albert, Esquire,    Sobol & Sobol, PC,    1845 Walnut Street,    23rd Floor,
                 Philadelphia, PA 19103-4723
518119503      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
516676486      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
516676485       Wells Fargo Dealer Services,    PO Box 17900,    Denver, CO  80217-0900
516676487      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:16:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: megan.harper@phila.gov Nov 06 2019 00:17:34      City of Philadelphia,
                 c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
                 Municipal Services Building,    Philadelphia, PA  19102
cr              E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 00:16:19
                 United States of America (Internal Revenue Service,    U.S. Attorney’s Office,
                 970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
516676428       E-mail/Text: amscbankruptcy@adt.com Nov 06 2019 00:17:53      ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA  15250-7878
516676427      +E-mail/Text: amscbankruptcy@adt.com Nov 06 2019 00:17:53      ADT Security Services,
                 3190 S. Vaughn Way,    Aurora, CO 80014-3512
516676434       E-mail/Text: legal@arsnational.com Nov 06 2019 00:16:34      ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA  92046-9046
516676435      +E-mail/Text: legal@arsnational.com Nov 06 2019 00:16:34      ARS National Services, Onc.,
                 Department # 110840,    PO Box 1259,    Oaks, PA 19456-1259
516676436      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2019 00:16:30      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516946671       E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2019 00:16:31
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516676438       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:39      Boscov’s,    PO Box 659622,
                 San Antonio, TX  78265-9622
516676443       E-mail/Text: megan.harper@phila.gov Nov 06 2019 00:17:34      City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA  19105-1630
518032803      +E-mail/Text: megan.harper@phila.gov Nov 06 2019 00:17:34
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
516676439       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:23:30      Capital One,
                 PO Box 85619,    Richmond, VA  23285-5619
516970638       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:24:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516676440       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:24:31
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
516676441       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:23:30
                 Capital One Retail Services,    PO Box 71106,    Charlotte, NC  28272-1106
516676442       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:23:30
                 Capital One Services, LLC,    PO Box 4144,    Carol Stream, Il  60197-4144
516676444       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:39      Comenity Capital Bank,
                 PO Box 183043,    Columbus, OH  43218-3043
516676447       E-mail/Text: Bankruptcy.Consumer@dish.com Nov 06 2019 00:16:58      DISH,    PO Box 94063,
                 Palatine, IL  60094-4063
516676448       E-mail/Text: Bankruptcy.Consumer@dish.com Nov 06 2019 00:16:58      DISH NETWORK,    PO Box 7203,
                 Pasadena, CA  91109-7303
516676454       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2019 00:17:21      Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN  56303
516676459       E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 00:23:22      Lowes Business Account/SYNCB,
                 PO Box 530970,    Atlanta, GA  30353-0970
516676463      +E-mail/Text: bnc@nordstrom.com Nov 06 2019 00:16:16      Nordstrom Bank USA,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518012881*      Atlantic City Electric Company,    Pepco Holdings, Inc.,    Bankruptcy Division, Mail Stop 84CP42,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516676453*      IRS,   Centralized Insolvency Operation,     PO Box 7346,    Philadelphia, PA  19101-7346
516676452*      Internal Revenue Service,    Insolvency Remittance,    PO Box 7317,
                 Philadelphia, PA  19101-7317
518285904*     +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
516676449     ##+Diversified Insurance & Financial Srvs,    13 Horton Street,    Hammonton, NJ 08037-1714
516676475     ##+Stephanie Santoro,    5 W. Wolfert Station Road,    Mickleton, NJ 08056-1311
                                                                                               TOTALS: 0, * 4, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Nov 05, 2019
                              Form ID: pdf905          Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:

```
              Denise A Kuhn    on behalf of Attorney Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```