UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER ALLOWING SALE OF PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: December 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:  John J. Garagozzo
Case No.: 17-14028 (JNP)
Caption:  Order Allowing Sale of Property
Page 2 of 2

**THIS MATTER** having been opened by the Court by Kimberly A. Wilson, Esquire, attorney for the debtor herein, and the Court having considered the papers submitted herein and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that Debtor is authorized to sell interest in property at 125th Street, Ocean City, Maryland to Anna Simone.

**IT IS FURTHER ORERED** that the amount of $13,100.00 is exempt and may be paid to the Debtor pursuant to 11 U.S.C. §522(d)(5).

**IT IS FURTER ORDERED** funds in the amount of $76,989.69 shall be disbursed to the Chapter 13 Trustee.

**IT IS FUTHER ORDERED** Title shall be conveyed by the Trustee and Debtor.