UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Garagozzo

| | |
|---|---|
| Case No.: | 17-14028 |
| Chapter: | 13 |
| Hearing Date: | December 3, 2019 |
| Judge: | JNP |

## ORDER ALLOWING SALE OF PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: December 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: John J. Garagozzo
Case No.: 17-14028 (JNP)
Caption: Order Allowing Sale of Property
Page 2 of 2

**THIS MATTER** having been opened by the Court by Kimberly A. Wilson, Esquire, attorney for the debtor herein, and the Court having considered the papers submitted herein and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that Debtor is authorized to sell interest in property at 125th Street, Ocean City, Maryland to Anna Simone.

**IT IS FURTHER ORERED** that the amount of $13,100.00 is exempt and may be paid to the Debtor pursuant to 11 U.S.C. §522(d)(5).

**IT IS FURTER ORDERED** funds in the amount of $76,989.69 shall be disbursed to the Chapter 13 Trustee.

**IT IS FUTHER ORDERED** Title shall be conveyed by the Trustee and Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Garagozzo  
    Debtor

Case No. 17-14028-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Dec 12, 2019
                           Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
db             +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty            +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
              Haddonfield, NJ 08033-2342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
        Denise A Kuhn    on behalf of Attorney Dept. of Revenue    Commonwealth of Pennsylvania, department
         of revenue dkuhn@attorneygeneral.gov
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
         2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
         eamonn.ohagan@usdoj.gov
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
         jmarchand@comcast.net;jmarchand@ecf.axosfs.com
        Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
         jmarchand@comcast.net;jmarchand@ecf.axosfs.com
        Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
         for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
         2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net,
         courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
        Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
         Karena.Blaylock@phila.gov
        Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 13