Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–14028–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Garagozzo
aka East Coast Premier Training, Inc., aka
John J. Garagozzo Jr., dba East Coast
Premier Soccer, fdba Garagozzo &
Associates, PC
108 Brookhollow Court
Mickleton, NJ 08056

Social Security No.:
xxx–xx–4501

Employer's Tax I.D. No.:
45–4408038

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            August 4, 2020
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*131* – Objection to (related document:127 Notice of Funds on Hand in Case Converted from Chapter 13 to Chapter 7. In the event a timely objection is filed, a hearing will be scheduled for: August 4, 2020 @ 10:00 am. Filed by Isabel C. Balboa. Objections due by 7/15/2020. filed by Interested Party Isabel C. Balboa, Trustee Isabel C. Balboa) filed by Joseph Marchand on behalf of Joseph Marchand. (Attachments: # 1 Certificate of Service) (Marchand, Joseph)

and transact such other business as may properly come before the meeting.


Dated: July 8, 2020
JAN: eag

Jeanne Naughton
Clerk