Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–14028–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Garagozzo
aka East Coast Premier Training, Inc., aka
John J. Garagozzo Jr., dba East Coast
Premier Soccer, fdba Garagozzo &
Associates, PC
108 Brookhollow Court
Mickleton, NJ 08056

Social Security No.:
xxx–xx–4501

Employer's Tax I.D. No.:
45–4408038

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             August 4, 2020
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*131* − Objection to (related document:127 Notice of Funds on Hand in Case Converted from Chapter 13 to Chapter 7. In the event a timely objection is filed, a hearing will be scheduled for: August 4, 2020 @ 10:00 am. Filed by Isabel C. Balboa. Objections due by 7/15/2020. filed by Interested Party Isabel C. Balboa, Trustee Isabel C. Balboa) filed by Joseph Marchand on behalf of Joseph Marchand. (Attachments: # 1 Certificate of Service) (Marchand, Joseph)

and transact such other business as may properly come before the meeting.


Dated: July 8, 2020
JAN: eag

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John J. Garagozzo
    Debtor

Case No. 17-14028-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 08, 2020
                            Form ID: 173      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db        +John J. Garagozzo,   108 Brookhollow Court,   Mickleton, NJ 08056-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty       +E-mail/Text: jdmarchand@comcast.net Jul 09 2020 00:49:30     Joseph Marchand, Esq.,
       117-119 West Broad Street,   PO Box 298,   Bridgeton, NJ 08302-0228
                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
         Denise A Kuhn    on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
         Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
         Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
         Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
         Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
         Pamela Elchert Thurmond    on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
         Ramanjit K. Chawla    on behalf of Creditor   State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us
         Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                  TOTAL: 16