UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Chapter 7 Trustee

Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Garagozzo

Case No.: _____17-14028/JNP_____

Judge: _____Jerrold N. Poslusny, Jr._____

Chapter: _____7_____

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER AUTHORIZING
### RETENTION OF  ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     John J. Garagozzo

Case No.:     17-14028/JNP

Applicant:     Joseph D. Marchand

(check all that apply) ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   Joseph D. Marchand, Esquire

Address of Professional:   117-119 West Broad Street

P.O. Box 298

Bridgeton, NJ 08302

☒ Attorney for (check all that apply):

  ☒ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-14028-JNP
John J. Garagozzo                                               Chapter 7
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jul 15, 2020
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
```
db             +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty            +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
                 Haddonfield, NJ 08033-2342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
```
              Denise A Kuhn    on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
                for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 16
```