UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on August 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**John J. Garagozzo**

**Debtor.**

Case No. 17-14028 (JNP)

Judge: Jerrold N. Poslusny, Jr.

ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 4, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: John J. Garagozzo
Case No. 17-14028 (JNP)
Caption of Order: Order

This matter being opened by the Court upon Trustee's Notice of Funds on Hand, and an objection having been filed by Joseph Marchand, Chapter 7 Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter, and for good cause shown:

**IT IS ORDERED** that pursuant to In re Nardello, 514 B.R. 105 (D.N.J. 2014), the Chapter 13 Trustee is hereby authorized to retain commission collected on the payments received through June 30, 2020; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall return $18,864.72 to Debtor representing the balance of plan payments the Chapter 13 Trustee has on hand, less Trustee's commission; and

**IT IS FURTHER ORDERED** the Chapter 13 Trustee shall immediately disburse the non-exempt proceeds from the sale of 203 125th Street, Ocean City, Maryland, in the amount of $70,984.49, to the Chapter 7 Trustee, Joseph Marchand.