---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on August 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. 17-14028 (JNP) |
|---|---|
| **John J. Garagozzo** <br> **Debtor.** | Judge: Jerrold N. Poslusny, Jr. |

ORDER

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 4, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: John J. Garagozzo
Case No. 17-14028 (JNP)
Caption of Order: Order

---

This matter being opened by the Court upon Trustee's Notice of Funds on Hand, and an objection having been filed by Joseph Marchand, Chapter 7 Trustee, and Debtor having received notice of the hearing, and the Court having reviewed the pleadings submitted in connection with this matter, and for good cause shown:

**IT IS ORDERED** that pursuant to In re Nardello, 514 B.R. 105 (D.N.J. 2014), the Chapter 13 Trustee is hereby authorized to retain commission collected on the payments received through June 30, 2020; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall return $18,864.72 to Debtor representing the balance of plan payments the Chapter 13 Trustee has on hand, less Trustee's commission; and

**IT IS FURTHER ORDERED** the Chapter 13 Trustee shall immediately disburse the non-exempt proceeds from the sale of 203 125th Street, Ocean City, Maryland, in the amount of $70,984.49, to the Chapter 7 Trustee, Joseph Marchand.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-14028-JNP
John J. Garagozzo                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 04, 2020
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db          +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty         +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
              Haddonfield, NJ 08033-2342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
      Denise A Kuhn    on behalf of Attorney Dept. of Revenue    Commonwealth of Pennsylvania, department
       of revenue dkuhn@attorneygeneral.gov
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
       2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
       eamonn.ohagan@usdoj.gov
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
      Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
       jmarchand@comcast.net;jmarchand@ecf.axosfs.com
      Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
       jmarchand@comcast.net;jmarchand@ecf.axosfs.com
      Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
       2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net,
       courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
      Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
       Karena.Blaylock@phila.gov
      Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
       ramanjit.chawla@dol.lps.state.nj.us
      Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 16