| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Joseph D. Marchand, Esquire, Trustee<br>117-119 West Broad Street<br>P.O. Box 298<br>Bridgeton, NJ 08302<br>(856) 451-7600<br>(JM5998) Attorney for Chapter 7 Trustee | **Order Filed on September 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>John Garagozzo | Case No.: 17-14028/JNP<br>Judge: Jerrold N. Poslusny, Jr.<br>Chapter: 7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF   ACCOUNTANT FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 2, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:        John Garagozzo

Case No.:     17-14028/JNP

Applicant:    Joseph D. Marchand

(check all that apply) ☑ Trustee:  ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11      ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Giuliano, Miller & Company, LLC

Address of Professional:  2301 E. Evesham Road

Pavilion 800, Suite 201

Voorhees, NJ 08043

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Accountant for:

☑ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Garagozzo  
    Debtor

Case No. 17-14028-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Sep 02, 2020  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db        +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253  
aty       +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,  
         Haddonfield, NJ 08033-2342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:  
          Denise A Kuhn    on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department  
           of revenue dkuhn@attorneygeneral.gov  
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
           Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series  
           2007-HE2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)  
           eamonn.ohagan@usdoj.gov  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
           Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
          Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
          Joseph  Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee  
           for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series  
           2007-HE2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net,  
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com  
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,  
           Karena.Blaylock@phila.gov  
          Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation  
           ramanjit.chawla@dol.lps.state.nj.us  
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
          United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 16