**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−14028−JNP | **DATE FILED::** 3/1/17 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>John J. Garagozzo<br>aka East Coast Premier Training, Inc., aka John J. Garagozzo Jr., dba East Coast Premier Soccer, fdba Garagozzo & Associates, PC<br>xxx−xx−4501<br>45−4408038 | **ADDRESS OF DEBTOR(S):**<br><br>108 Brookhollow Court<br>Mickleton, NJ 08056 |
| **DEBTOR'S ATTORNEY:**<br>Kimberly A. Wilson<br>Law Offices of Kimberly A. Wilson, Esq.<br>A Professional Corporation<br>24 North White Horse Pike<br>Somerdale, NJ 08083<br><br>(856)783−4440 | **TRUSTEE:**<br>Joseph Marchand<br>117−119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451−7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/7/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 9, 2020                                FOR THE COURT
                                                        Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                               Case No. 17-14028-JNP
John J. Garagozzo                                                    Chapter 7
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                Page 1 of 4         Date Rcvd: Sep 09, 2020
                                  Form ID: noa               Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +John J. Garagozzo,    108 Brookhollow Court,    Mickleton, NJ 08056-1253
aty             Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA   17128-0946
aty            +Douglas A. Madanick,    Kulzer & DiPadova, PA,    76 E. Euclid Avenue,    Suite 300,
                 Haddonfield, NJ 08033-2342
acc            +Betty Jane Harrison-Marshall,    24 North White Horse Pike,    Somerdale, NJ 08083-1741
acc           #+Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                 West Berlin, NJ 08091-9216
acc            +Giuliano Miller & Company,    2301 E. Evesham Road,    Pavillion 800,    Suite 210,
                 Voorhees, NJ 08043-4504
acc           #+Giuliano, Miller & Company, LLC.,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
r              +Hileman Real Esate, Inc.,    11065 Cathell Road,    Berlin, MD 21811-9378
516676431       AMA Insurance,    300 N. Wabash Avenue,    Suite 39300,    Chicago, IL   60611
516676426      +Accurate Termite & Pest Control,    30139 Susses Hwy.,    Laurel, DE 19956-3826
516676429      +Alastain James Speirs,    PO Box 26,    Mickleton, NJ 08056-0026
516676430      +Allegheny County Court Office,    414 Grant Street,    1st Floor,    Pittsburgh, PA 15219-2419
516676437       Attorney Registration,    Pennsylvania Judicial Center,    601 Commonwealth Ave., Ste. 5600,
                 PO Box 62625,    Harrisburg, PA  17106-2625
516676445       Commonwealth of Pennsylvania,    Department of Revenue / Taxes,    PO Box 280901,
                 Harrisburg, PA  17128-0901
516676446      +Deutsche Bank National Trust Co.,    c/o Phelan, Hallinan, Diamond & Jones PC,
                 400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
518065773      +Disciplinary Board of the Supreme,    Court of Pennsylvania,    PO Box 62625,
                 Harrisburg, PA 17106-2625
516676450      +Father Martin’s Ashley,    800 Tydings Lane,    Havre De Grace, MD 21078-2102
516676451      +Gloucester County Clerk,    1 N. Broad Street,    Woodbury, NJ 08096-4602
518285906      +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
516676455      +Kaplan, Leaman & Wolfe,    111 S. Independence Mall,    Philadelphia, PA 19106-2515
516676456      +Katrina Vitale, Esquire,    105 N. Broad Street,    Woodbury, NJ 08096-1703
516676457     ++LAW OFFICE OF KATRINA VITALE LLC,    ATTN ATTN KATRINA VITALE,    PO BOX 16,
                 WOODBURY NJ 08096-7016
                (address filed with court: Law Office of Katrina Vitale, LLC,    105 N. Broad Street,
                 Woodbury, NJ   08096)
516676458      +Law Offices of Katrina Vitale,    Stephen Guice, Esquire,    413 Clements Bridge Road,
                 Barrington, NJ 08007-1809
516676460      +M. Burr Keim Company,    2021 Arch Street,    Philadelphia, PA 19103-1467
518280698      +New Jersey DFD/OCSS,    PO Box 716,    Trenton, NJ 08625-0716
516676464       Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowga, NY  14225-1943
516676467      +PNC Bank, N.A.,    Attn Bankruptcy Dept.,    PO Box 489909,    Charlotte, NC  28269-5329
516676465       Penn Medicine,    PO Box 8484,    Cherry Hill, NJ 08002-0484
516713657       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
516676466      +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
516676468      +SCORE American Soccer Company, Inc.,    726 E. Anaheim St.,    Wilmington, CA 90744-3635
516676471      +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
517052730     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516676470      +Sheriff of Gloucester County,    County Administration Building,    2 South Broad Street,
                 PO Box 337,    Woodbury, NJ 08096-7337
516676472      +South Jersey Gas,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516758958       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516676473       Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO  80163-6007
516676474       State of New Jersey,    Department of the Treasury,    Division of Taxation,    PO Box 445,
                 Trenton, NJ 08695-0445
518280697      +Stephanie Santoro,    47 Fredrick Blvd,    Swedesboro, NJ 08085-4245
516676476      +Superior Court of New Jersey,    Cumberland County,    60 West Broad Street,
                 Bridgeton, NJ 08302-2515
516676479      +The Bureaus,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
516676482      +USD District 10 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
516676481      +USW District 10 Local 286 Pension Fund,    Jimmie Nolan and James Gloner,    410 N. 8th Street,
                 Philadelphia, PA 19123-3903
517093523      +USW District 10 Local 286 Pension Fund,    c/o Spear Wilderman, PC,
                 230 South Broad Street, 14th Floor,    Philadelphia, PA 19102-4121
516676480     #+United Property & Casualty Insurance Co.,    PO Box 51149,    Sarasota, FL 34232-0330
516676483       Veritext/Pennsylvania,    225 S. 15th Street,    Philadelphia, PA  19102
516676484      +Wade D. Albert, Esquire,    Sobol & Sobol, PC,    1845 Walnut Street,    23rd Floor,
                 Philadelphia, PA 19103-4723
518119503      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
```

```
District/off: 0312-1             User: admin                Page 2 of 4                    Date Rcvd: Sep 09, 2020
                                 Form ID: noa               Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +EDI: QJDMARCHAND.COM Sep 10 2020 03:28:00      Joseph Marchand, Esq.,
                 117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
tr              +E-mail/Text: pmarraffa@standingtrustee.com Sep 10 2020 00:04:25       Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,   535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
tr              +EDI: QJDMARCHAND.COM Sep 10 2020 03:28:00      Joseph Marchand,   117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2020 00:05:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2020 00:05:12       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr               E-mail/Text: megan.harper@phila.gov Sep 10 2020 00:05:37      City of Philadelphia,
                 c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
                 Municipal Services Building,    Philadelphia, PA  19102
cr               EDI: IRS.COM Sep 10 2020 03:28:00     United States of America (Internal Revenue Service,
                 U.S. Attorney’s Office,    970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
cr              +EDI: WFFC.COM Sep 10 2020 03:28:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516676428        E-mail/Text: amscbankruptcy@adt.com Sep 10 2020 00:05:48      ADT Security Services,
                 PO Box 371878,   Pittsburgh, PA  15250-7878
516676427       +E-mail/Text: amscbankruptcy@adt.com Sep 10 2020 00:05:48      ADT Security Services,
                 3190 S. Vaughn Way,   Aurora, CO 80014-3512
516676434        EDI: ARSN.COM Sep 10 2020 03:28:00     ARS National Services, Inc.,    PO Box 469046,
                 Escondido, CA 92046-9046
516676435       +EDI: ARSN.COM Sep 10 2020 03:28:00     ARS National Services, Onc.,    Department # 110840,
                 PO Box 1259,   Oaks, PA 19456-1259
516676432       +EDI: AMEREXPR.COM Sep 10 2020 03:28:00     American Express,   World Financial Center,
                 200 Vesey Street,   New York, NJ 10285-1000
516676433       +EDI: WFFC.COM Sep 10 2020 03:28:00     American Servicing Company,   PO Box 10328,
                 Des Moines, IA 50306-0328
516676436       +E-mail/Text: bankruptcy@pepcoholdings.com Sep 10 2020 00:04:42       Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
516946671        E-mail/Text: bankruptcy@pepcoholdings.com Sep 10 2020 00:04:43
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516676438        EDI: WFNNB.COM Sep 10 2020 03:28:00     Boscov’s,   PO Box 659622,
                 San Antonio, TX  78265-9622
518032803        E-mail/Text: megan.harper@phila.gov Sep 10 2020 00:05:37
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
516676443        E-mail/Text: megan.harper@phila.gov Sep 10 2020 00:05:37      City of Philadelphia,
                 Department of Revenue,   PO Box 1630,   Philadelphia, PA  19105-1630
516676439        EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One,   PO Box 85619,
                 Richmond, VA  23285-5619
516970638        EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516676440        EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One Bank USA NA,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
516676441        EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One Retail Services,   PO Box 71106,
                 Charlotte, NC  28272-1106
516676442        EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One Services, LLC,   PO Box 4144,
                 Carol Stream, Il  60197-4144
516676444        EDI: WFNNB.COM Sep 10 2020 03:28:00     Comenity Capital Bank,   PO Box 183043,
                 Columbus, OH  43218-3043
516676447        EDI: ESSL.COM Sep 10 2020 03:28:00     DISH,   PO Box 94063,   Palatine, IL  60094-4063
516676448        EDI: ESSL.COM Sep 10 2020 03:28:00     DISH NETWORK,   PO Box 7203,   Pasadena, CA  91109-7303
516676454        EDI: JEFFERSONCAP.COM Sep 10 2020 03:28:00      Jefferson Capital System,   16 McLeland Road,
                 Saint Cloud, MN  56303
516676457        E-mail/Text: kvitale@vitalelawoffice.com Sep 10 2020 00:04:13
                 Law Office of Katrina Vitale, LLC,    105 N. Broad Street,   Woodbury, NJ  08096
516676459        EDI: RMSC.COM Sep 10 2020 03:28:00     Lowes Business Account/SYNCB,   PO Box 530970,
                 Atlanta, GA  30353-0970
516676462        EDI: HFC.COM Sep 10 2020 03:28:00     Neiman Marcus,   PO Box 729080,   Dallas, TX  75372-9080
516676461        EDI: HFC.COM Sep 10 2020 03:28:00     Neiman Marcus,   PO Box 5235,
                 Carol Stream, IL  60197-5235
516676463       +E-mail/Text: bnc@nordstrom.com Sep 10 2020 00:04:31      Nordstrom Bank USA,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
516676469       +EDI: SEARS.COM Sep 10 2020 03:28:00     Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
516676478       +EDI: LCITDAUTO Sep 10 2020 03:28:00     TD Auto Finance,   PO Box 9223,
                 Farmington, MI 48333-9223
516676477       +EDI: WTRRNBANK.COM Sep 10 2020 03:28:00      Target National Bank,   3701 Wayzata Blvd.,
                 Minneapolis, MN 55416-3440
516676485        EDI: WFFC.COM Sep 10 2020 03:28:00     Wells Fargo Dealer Services,   PO Box 17900,
                 Denver, CO  80217-0900
```

```
District/off: 0312-1                  User: admin                   Page 3 of 4                  Date Rcvd: Sep 09, 2020
                                      Form ID: noa                  Total Noticed: 86
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516676486         +EDI: WFFC.COM Sep 10 2020 03:28:00      Wells Fargo Dealer Services,    PO Box 1697,
                   Winterville, NC 28590-1697
516676487         +EDI: WFFC.COM Sep 10 2020 03:28:00      Wells Fargo Home Mortgage,    PO Box 10335,
                   Des Moines, IA 50306-0335
                                                                                              TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Joseph Marchand,    117-119 West Broad St.,    PO Box 298,    Bridgeton, NJ 08302-0228
518012881*        Atlantic City Electric Company,    Pepco Holdings, Inc.,    Bankruptcy Division, Mail Stop 84CP42,
                   5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516676453*        IRS,   Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA   19101-7346
516676452*        Internal Revenue Service,    Insolvency Remittance,    PO Box 7317,
                   Philadelphia, PA   19101-7317
518285904*       +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                   970 Broad Street, Suite 700,    Newark, NJ 07102-2527
516676449        ##+Diversified Insurance & Financial Srvs,    13 Horton Street,    Hammonton, NJ 08037-1714
516676475        ##+Stephanie Santoro,    5 W. Wolfert Station Road,    Mickleton, NJ 08056-1311
                                                                                         TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
```
              Denise A Kuhn    on behalf of Attorney Dept. of Revenue   Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Marchand    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
               2007-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
```

```
District/off: 0312-1          User: admin              Page 4 of 4            Date Rcvd: Sep 09, 2020
                              Form ID: noa             Total Noticed: 86
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 16
```