**Order Filed on January 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Trustee
JM5998

Case No. 17-14028/JNP

In Re:

Chapter 7

John J. Garagozzo

Hearing date: January 12, 2021

Debtor

Judge: Jerrold N. Poslusny, Jr.

### ORDER RECLASSIFYING CLAIM OF ATLANTIC CITY ELECTRIC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 12, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

This matter having come before the Court on application and in the presence of Joseph D. Marchand, Esquire, Attorney for Trustee and Trustee, and Atlantic City Electric, and the Court having heard oral argument and for good cause shown

**IT IS FURTHER ORDERED THAT** the claim of Atlantic City Electric is reclassified as a general unsecured non-priority claim to the extent of $2,216.33.