**Order Filed on January 12, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Trustee
JM5998

Case No. 17-14028/JNP

In Re:

Chapter 7

John J. Garagozzo

Hearing date: January 12, 2021

Debtor

Judge: Jerrold N. Poslusny, Jr.

ORDER RECLASSIFYING CLAIM OF ATLANTIC CITY ELECTRIC

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 12, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

This matter having come before the Court on application and in the presence of Joseph D. Marchand, Esquire, Attorney for Trustee and Trustee, and Atlantic City Electric, and the Court having heard oral argument and for good cause shown

**IT IS FURTHER ORDERED THAT** the claim of Atlantic City Electric is reclassified as a general unsecured non-priority claim to the extent of $2,216.33.

United States Bankruptcy Court

District of New Jersey

In re:  
John J. Garagozzo  
    Debtor

Case No. 17-14028-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John J. Garagozzo, 108 Brookhollow Court, Mickleton, NJ 08056-1253 |
| aty | + Douglas A. Madanick, Kulzer & DiPadova, PA, 76 E. Euclid Avenue, Suite 300, Haddonfield, NJ 08033-2342 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise A Kuhn | on behalf of Attorney Dept. of Revenue Commonwealth of Pennsylvania department of revenue dkuhn@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf903 | Total Noticed: 2 |

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph Marchand
    jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Kevin Gordon McDonald
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Pamela Elchert Thurmond
    on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov

Ramanjit K. Chawla
    on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16