UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on February 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Garagozzo,

Debtor(s).

Case No. 17-14028/JNP

Hearing date: February 2, 2021

Judge: Jerrold N. Poslusny, Jr.

### ORDER BARRING GOVERNMENTAL CREDITORS AS TO FURTHER ADMINISTRATIVE TAX CLAIMS AGAINST TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 2, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):   John J. Garagozzo
Case No:    17-14028/JNP

---

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee for the debtor(s) Bankruptcy Estate as captioned, for an Order Barring Governmental Creditors as to Further Administrative Tax Claims against the Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT**

1. The Trustee, and all professionals employed by the Trustee in connection with this case are relieved of all further obligations, either on behalf of the Estate or personally, to file tax returns, pay taxes or otherwise comply with obligations imposed by the Internal Revenue Service, any state taxing authority made a respondent to this motion, or any state or federal law imposing such obligations. This shall not in any way affect or modify the Trustee's obligation to make distribution to such taxing authority of funds in the estate, pursuant to Code sections 724 & 726, upon any claims previously filed and allowed in this case

2. The United States of America, Internal Revenue Service, and the State of New Jersey, or any other taxing authority made a respondent to the motion are barred from making any further claim or demand against the Trustee or the estate, except for distribution upon allowed claims previously field by any of them in this Bankruptcy Case, pursuant to Code sections 724 & 726.

3. This Order does not relieve the Debtor or any party other than the Estate, the Trustee, or professionals retained by the Trustee, from any obligation arising under applicable tax laws.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-14028-JNP
John J. Garagozzo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Garagozzo, 108 Brookhollow Court, Mickleton, NJ 08056-1253 |
| aty | + | Douglas A. Madanick, Kulzer & DiPadova, PA, 76 E. Euclid Avenue, Suite 300, Haddonfield, NJ 08033-2342 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise A Kuhn | on behalf of Attorney Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph Marchand
    jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Kevin Gordon McDonald
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Pamela Elchert Thurmond
    on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov

Ramanjit K. Chawla
    on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16