Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−14028−JNP
                Chapter: 7
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John J. Garagozzo
    aka East Coast Premier Training, Inc., aka
    John J. Garagozzo Jr., dba East Coast
    Premier Soccer, fdba Garagozzo &
    Associates, PC
    108 Brookhollow Court
    Mickleton, NJ 08056

Social Security No.:
    xxx−xx−4501

Employer's Tax I.D. No.:
    45−4408038

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      4/1/21
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Giuliano Miller & Co LLC, Accountant; period: 8/25/2020 to 1/4/2021

COMMISSION OR FEES
Fees: $1,432.00

EXPENSES
$7.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 4, 2021
JAN:

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14028-JNP |
| John J. Garagozzo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 04, 2021 | Form ID: 137 | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Garagozzo, 108 Brookhollow Court, Mickleton, NJ 08056-1253 |
| aty | | Dept. of Revenue Commonwealth of Pennsylvania, dep, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| aty | + | Douglas A. Madanick, Kulzer & DiPadova, PA, 76 E. Euclid Avenue, Suite 300, Haddonfield, NJ 08033-2342 |
| acc | + | Betty Jane Harrison-Marshall, 24 North White Horse Pike, Somerdale, NJ 08083-1741 |
| acc | + | Giuliano Miller & Company, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4504 |
| r | + | Hileman Real Esate, Inc., 11065 Cathell Road, Berlin, MD 21811-9378 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516676431 | | AMA Insurance, 300 N. Wabash Avenue, Suite 39300, Chicago, IL 60611 |
| 516676426 | + | Accurate Termite & Pest Control, 30139 Susses Hwy., Laurel, DE 19956-3826 |
| 516676429 | + | Alastain James Speirs, PO Box 26, Mickleton, NJ 08056-0026 |
| 516676430 | + | Allegheny County Court Office, 414 Grant Street, 1st Floor, Pittsburgh, PA 15219-2428 |
| 516676432 | + | American Express, World Financial Center, 200 Vesey Street, New York, NJ 10285-1000 |
| 516676433 | + | American Servicing Company, PO Box 10328, Des Moines, IA 50306-0328 |
| 516676437 | | Attorney Registration, Pennsylvania Judicial Center, 601 Commonwealth Ave., Ste. 5600, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676445 | | Commonwealth of Pennsylvania, Department of Revenue / Taxes, PO Box 280901, Harrisburg, PA 17128-0901 |
| 516676446 | + | Deutsche Bank National Trust Co., c/o Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518065773 | + | Disciplinary Board of the Supreme, Court of Pennsylvania, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676450 | + | Father Martin's Ashley, 800 Tydings Lane, Havre De Grace, MD 21078-2102 |
| 516676451 | + | Gloucester County Clerk, 1 N. Broad Street, Woodbury, NJ 08096-4602 |
| 518285906 | + | Internal Revenue Service, Attny General, Dept of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 516676455 | + | Kaplan, Leaman & Wolfe, 111 S. Independence Mall, Philadelphia, PA 19106-2515 |
| 516676456 | + | Katrina Vitale, Esquire, 105 N. Broad Street, Woodbury, NJ 08096-1703 |
| 516676458 | + | Law Offices of Katrina Vitale, Stephen Guice, Esquire, 413 Clements Bridge Road, Barrington, NJ 08007-1809 |
| 516676460 | + | M. Burr Keim Company, 2021 Arch Street, Philadelphia, PA 19103-1467 |
| 516676461 | | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 516676462 | | Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 518280698 | + | New Jersey DFD/OCSS, PO Box 716, Trenton, NJ 08625-0716 |
| 516676464 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowga, NY 14225-1943 |
| 516676467 | | PNC Bank, N.A., Attn Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 516676465 | | Penn Medicine, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 516713657 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 516676466 | + | Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516676468 | + | SCORE American Soccer Company, Inc., 726 E. Anaheim St., Wilmington, CA 90744-3635 |
| 516676471 | + | SLS, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517052730 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516676470 | + | Sheriff of Gloucester County, County Administration Building, 2 South Broad Street, PO Box 337, Woodbury, NJ 08096-7337 |
| 516676472 | + | South Jersey Gas, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 516758958 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516676473 | | Specialized Loan Servicing, LLC, PO Box 636007, Littleton, CO 80163-6007 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 137 | Total Noticed: 83 |

| | | |
|---|---|---|
| 516676474 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518280697 | + | Stephanie Santoro, 47 Fredrick Blvd, Swedesboro, NJ 08085-4245 |
| 516676476 | + | Superior Court of New Jersey, Cumberland County, 60 West Broad Street, Bridgeton, NJ 08302-2515 |
| 516676478 | + | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 516676477 | + | Target National Bank, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 516676479 | + | The Bureaus, 650 Dundee Rd 370, Northbrook, IL 60062-2757 |
| 516676482 | + | USD District 10 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 517093523 | + | USW District 10 Local 286 Pension Fund, c/o Spear Wilderman, PC, 230 South Broad Street, 14th Floor, Philadelphia, PA 19102-4121 |
| 516676481 | + | USW District 10 Local 286 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 516676480 | #+ | United Property & Casualty Insurance Co., PO Box 51149, Sarasota, FL 34232-0330 |
| 516676483 | | Veritext/Pennsylvania, 225 S. 15th Street, Philadelphia, PA 19102 |
| 516676484 | + | Wade D. Albert, Esquire, Sobol & Sobol, PC, 1845 Walnut Street, 23rd Floor, Philadelphia, PA 19103-4723 |
| 518119503 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 516676486 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 516676485 | | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 516676487 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jdmarchand@comcast.net | Mar 04 2021 21:23:00 | Joseph Marchand, Esq., 117-119 West Broad Street, PO Box 298, Bridgeton, NJ 08302-0228 |
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Mar 04 2021 21:21:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2021 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2021 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 04 2021 21:23:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2021 21:21:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 516676427 | + | Email/Text: amscbankruptcy@adt.com | Mar 04 2021 21:23:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 516676428 | | Email/Text: amscbankruptcy@adt.com | Mar 04 2021 21:23:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 516676434 | | Email/Text: legal@arsnational.com | Mar 04 2021 21:21:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 516676435 | + | Email/Text: legal@arsnational.com | Mar 04 2021 21:21:00 | ARS National Services, Onc., Department # 110840, PO Box 1259, Oaks, PA 19456-1259 |
| 516676436 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 04 2021 21:21:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516946671 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 04 2021 21:21:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676438 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 21:22:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 518032803 | | Email/Text: megan.harper@phila.gov | Mar 04 2021 21:23:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 137 | Total Noticed: 83 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 516676443 | | Email/Text: megan.harper@phila.gov | Mar 04 2021 21:23:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 516676439 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:44:10 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 516970638 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:42:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516676440 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:42:37 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516676441 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:43:22 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 516676442 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:44:10 | Capital One Services, LLC, PO Box 4144, Carol Stream, Il 60197-4144 |
| 516676444 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 21:22:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 516676447 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 04 2021 21:22:00 | DISH, PO Box 94063, Palatine, IL 60094-4063 |
| 516676448 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 04 2021 21:22:00 | DISH NETWORK, PO Box 7203, Pasadena, CA 91109-7303 |
| 516676454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2021 21:22:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516676457 | | Email/Text: kvitale@vitalelawoffice.com | Mar 04 2021 21:20:00 | Law Office of Katrina Vitale, LLC, 105 N. Broad Street, Woodbury, NJ 08096 |
| 516676459 | | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 21:42:33 | Lowes Business Account/SYNCB, PO Box 530970, Atlanta, GA 30353-0970 |
| 516676463 | + | Email/Text: bnc@nordstrom.com | Mar 04 2021 21:21:40 | Nordstrom Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 516676469 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 21:43:42 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518012881 | * | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676453 | * | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518285904 | *+ | Internal Revenue Service, United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516676452 | * | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| acc | ##+ | Giuliano Miller & Co LLC, Berlin Business Park, 140 Bradford Ave., West Berlin, NJ 08091-9216 |
| acc | ##+ | Giuliano, Miller & Company, LLC., Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 516676449 | ##+ | Diversified Insurance & Financial Srvs, 13 Horton Street, Hammonton, NJ 08037-1714 |
| 516676475 | ##+ | Stephanie Santoro, 5 W. Wolfert Station Road, Mickleton, NJ 08056-1311 |

TOTAL: 0 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 137 | Total Noticed: 83 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Denise A Kuhn
    on behalf of Attorney Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph Marchand
    jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Kevin Gordon McDonald
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Pamela Elchert Thurmond
    on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov

Ramanjit K. Chawla
    on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16