UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | | |
|---|---|---|
| In Re: | : | Case No. 17-14028/JNP |
| John Garagozzo, | : | Final Hearing:  April 1, 2021 |
| Debtor(s) | : | Judge:  Jerrold N. Poslunsy, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 1, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):    John Garagozzo
Case No:    17-14028/JNP

---

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $2,320.00 and shall be allotted Expenses in the amount of $194.97 for a total award of $2,514.97