| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on April 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, New Jersey 08091<br>(856) 767-3000<br>Accountants for Trustee, Joseph D. Marchand | Case No.: 17-14028-JNP<br><br>Chapter 7<br><br>Hearing Date: April 1, 2021 |
| In re:<br><br>  JOHN J. GARAGOZZO,<br><br>           Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 1, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:              JOHN J. GARAGOZZO

Case No:            17-14028/JNP

Caption of Order:   **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO TRUSTEE**

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $1,432.00 together with reimbursement of expenses in sum of $7.00 for a total allowance herein of $1,439.00.