Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–14028–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Garagozzo
aka East Coast Premier Training, Inc., aka
John J. Garagozzo Jr., dba East Coast
Premier Soccer, fdba Garagozzo &
Associates, PC
108 Brookhollow Court
Mickleton, NJ 08056

Social Security No.:
xxx–xx–4501

Employer's Tax I.D. No.:
45–4408038

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:     June 3, 2021
TIME:     02:00 PM
LOCATION:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $70,984.49
TOTAL DISBURSEMENTS:     $50.84
BALANCE ON HAND:         $70,933.65

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Joseph D. Marchand, Trustee

COMMISSION OR FEES
$6,799.22

EXPENSES

$35.30

The trustee's application to abandon the following property will be heard and acted upon:
Applicant requests the Clerks Office to forward the Notice of Trustees formal Abandonment of the debtor(s) Books and Records, with said abandonment to become effective on the return date of the Final Hearing scheduled in this case, if no objection is filed thereto.

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: April 29, 2021
JAN: eag

                                            Jeanne Naughton
                                            Clerk