Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14028−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Garagozzo
aka East Coast Premier Training, Inc., aka
John J. Garagozzo Jr., dba East Coast
Premier Soccer, fdba Garagozzo &
Associates, PC
108 Brookhollow Court
Mickleton, NJ 08056

Social Security No.:
xxx−xx−4501

Employer's Tax I.D. No.:
45−4408038

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:           June 3, 2021
TIME:           02:00 PM
LOCATION:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $70,984.49
TOTAL DISBURSEMENTS:    $50.84
BALANCE ON HAND:        $70,933.65

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Joseph D. Marchand, Trustee

COMMISSION OR FEES
$6,799.22

EXPENSES

$35.30

The trustee's application to abandon the following property will be heard and acted upon:
Applicant requests the Clerks Office to forward the Notice of Trustees formal Abandonment of the debtor(s) Books and Records, with said abandonment to become effective on the return date of the Final Hearing scheduled in this case, if no objection is filed thereto.

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: April 29, 2021
JAN: eag

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-14028-JNP
John J. Garagozzo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Apr 29, 2021      Form ID: 192      Total Noticed: 83

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Garagozzo, 108 Brookhollow Court, Mickleton, NJ 08056-1253 |
| aty | | Dept. of Revenue Commonwealth of Pennsylvania, dep, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| aty | + | Douglas A. Madanick, Kulzer & DiPadova, PA, 76 E. Euclid Avenue, Suite 300, Haddonfield, NJ 08033-2342 |
| acc | + | Betty Jane Harrison-Marshall, 24 North White Horse Pike, Somerdale, NJ 08083-1741 |
| acc | + | Giuliano Miller & Company, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4504 |
| r | + | Hileman Real Estate, Inc., 11065 Cathell Road, Berlin, MD 21811-9378 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516676431 | | AMA Insurance, 300 N. Wabash Avenue, Suite 39300, Chicago, IL 60611 |
| 516676426 | + | Accurate Termite & Pest Control, 30139 Susses Hwy., Laurel, DE 19956-3826 |
| 516676429 | + | Alastain James Speirs, PO Box 26, Mickleton, NJ 08056-0026 |
| 516676430 | + | Allegheny County Court Office, 414 Grant Street, 1st Floor, Pittsburgh, PA 15219-2428 |
| 516676432 | + | American Express, World Financial Center, 200 Vesey Street, New York, NJ 10285-1000 |
| 516676433 | + | American Servicing Company, PO Box 10328, Des Moines, IA 50306-0328 |
| 516676437 | | Attorney Registration, Pennsylvania Judicial Center, 601 Commonwealth Ave., Ste. 5600, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676445 | | Commonwealth of Pennsylvania, Department of Revenue / Taxes, PO Box 280901, Harrisburg, PA 17128-0901 |
| 516676446 | + | Deutsche Bank National Trust Co., c/o Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518065773 | + | Disciplinary Board of the Supreme, Court of Pennsylvania, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676450 | + | Father Martin's Ashley, 800 Tydings Lane, Havre De Grace, MD 21078-2102 |
| 516676451 | + | Gloucester County Clerk, 1 N. Broad Street, Woodbury, NJ 08096-4602 |
| 518285906 | + | Internal Revenue Service, Attny General, Dept of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 516676455 | + | Kaplan, Leaman & Wolfe, 111 S. Independence Mall, Philadelphia, PA 19106-2515 |
| 516676456 | + | Katrina Vitale, Esquire, 105 N. Broad Street, Woodbury, NJ 08096-1703 |
| 516676458 | + | Law Offices of Katrina Vitale, Stephen Guice, Esquire, 413 Clements Bridge Road, Barrington, NJ 08007-1809 |
| 516676460 | + | M. Burr Keim Company, 2021 Arch Street, Philadelphia, PA 19103-1467 |
| 516676462 | | Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 516676461 | | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 518280698 | + | New Jersey DFD/OCSS, PO Box 716, Trenton, NJ 08625-0716 |
| 516676464 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowga, NY 14225-1943 |
| 516676467 | | PNC Bank, N.A., Attn Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 516676465 | | Penn Medicine, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 516713657 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 516676466 | + | Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516676468 | + | SCORE American Soccer Company, Inc., 726 E. Anaheim St., Wilmington, CA 90744-3635 |
| 516676471 | + | SLS, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 517052730 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516676470 | + | Sheriff of Gloucester County, County Administration Building, 2 South Broad Street, PO Box 337, Woodbury, NJ 08096-7337 |
| 516676472 | + | South Jersey Gas, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 516758958 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516676473 | | Specialized Loan Servicing, LLC, PO Box 636007, Littleton, CO 80163-6007 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: 192 | Total Noticed: 83 |

| | | |
|---|---|---|
| 516676474 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518280697 | + | Stephanie Santoro, 47 Fredrick Blvd, Swedesboro, NJ 08085-4245 |
| 516676476 | + | Superior Court of New Jersey, Cumberland County, 60 West Broad Street, Bridgeton, NJ 08302-2515 |
| 516676478 | + | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 516676477 | + | Target National Bank, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 516676479 | + | The Bureaus, 650 Dundee Rd 370, Northbrook, IL 60062-2757 |
| 516676482 | + | USD District 10 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 516676481 | + | USW District 10 Local 286 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 517093523 | + | USW District 10 Local 286 Pension Fund, c/o Spear Wilderman, PC, 230 South Broad Street, 14th Floor, Philadelphia, PA 19102-4121 |
| 516676480 | #+ | United Property & Casualty Insurance Co., PO Box 51149, Sarasota, FL 34232-0330 |
| 516676483 | | Veritext/Pennsylvania, 225 S. 15th Street, Philadelphia, PA 19102 |
| 516676484 | + | Wade D. Albert, Esquire, Sobol & Sobol, PC, 1845 Walnut Street, 23rd Floor, Philadelphia, PA 19103-4723 |
| 518119503 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 516676486 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 516676485 | | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 516676487 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jdmarchand@comcast.net | Apr 29 2021 21:24:00 | Joseph Marchand, Esq., 117-119 West Broad Street, PO Box 298, Bridgeton, NJ 08302-0228 |
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Apr 29 2021 21:22:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 29 2021 21:24:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2021 21:22:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 516676427 | + | Email/Text: amscbankruptcy@adt.com | Apr 29 2021 21:24:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 516676428 | | Email/Text: amscbankruptcy@adt.com | Apr 29 2021 21:24:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 516676434 | | Email/Text: legal@arsnational.com | Apr 29 2021 21:22:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 516676435 | + | Email/Text: legal@arsnational.com | Apr 29 2021 21:22:00 | ARS National Services, Onc., Department # 110840, PO Box 1259, Oaks, PA 19456-1259 |
| 516676436 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 29 2021 21:22:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516946671 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 29 2021 21:22:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676438 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2021 21:23:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 518032803 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 21:24:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 516676443 | | Email/Text: megan.harper@phila.gov | Apr 29 2021 21:24:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 516676439 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:46:04 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 516970638 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:45:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516676440 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:45:17 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516676441 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:46:04 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 516676442 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:45:17 | Capital One Services, LLC, PO Box 4144, Carol Stream, Il 60197-4144 |
| 516676444 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2021 21:23:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 516676447 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 29 2021 21:23:00 | DISH, PO Box 94063, Palatine, IL 60094-4063 |
| 516676448 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 29 2021 21:23:00 | DISH NETWORK, PO Box 7203, Pasadena, CA 91109-7303 |
| 516676454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2021 21:23:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516676457 | | Email/Text: kvitale@vitalelawoffice.com | Apr 29 2021 21:22:00 | Law Office of Katrina Vitale, LLC, 105 N. Broad Street, Woodbury, NJ 08096 |
| 516676459 | | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2021 21:45:14 | Lowes Business Account/SYNCB, PO Box 530970, Atlanta, GA 30353-0970 |
| 516676463 | + | Email/Text: bnc@nordstrom.com | Apr 29 2021 21:22:11 | Nordstrom Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 516676469 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2021 21:46:55 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518012881 | * | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676453 | * | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518285904 | *+ | Internal Revenue Service, United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516676452 | * | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| acc | ##+ | Giuliano Miller & Co LLC, Berlin Business Park, 140 Bradford Ave., West Berlin, NJ 08091-9216 |
| acc | ##+ | Giuliano, Miller & Company, LLC., Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 516676449 | ##+ | Diversified Insurance & Financial Srvs, 13 Horton Street, Hammonton, NJ 08037-1714 |
| 516676475 | ##+ | Stephanie Santoro, 5 W. Wolfert Station Road, Mickleton, NJ 08056-1311 |

TOTAL: 0 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: 192 | Total Noticed: 83 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021                    Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise A Kuhn | on behalf of Attorney Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Marchand | on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Kevin Gordon McDonald | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Pamela Elchert Thurmond | on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov |
| Ramanjit K. Chawla | on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16