UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on July 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Garagozzo,

Debtor

Case No. 17-14028/JNP

Hearing date: July 20, 2021

Judge: Jerrold N. Poslusny, Jr.

### ORDER EXPUNGING THE CLAIMS OF STEPHANIE A. GARAGOZZO (SANTORO)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 20, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for John J. Garagozzo for an Order Expunging the Claims of Stephanie A. Garagozzo (Santoro), and good cause appearing therefore, it is hereby

**ORDERED THAT** the claim #12 of Stephanie A. Garagozzo (Santoro) is hereby expunged; and

**IT IS FURTHER ORDERED THAT** the claim #13 of Stephanie A. Garagozzo (Santoro) is hereby expunged.