Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  17–14028–JNP
    Chapter:  7
    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J. Garagozzo
aka East Coast Premier Training, Inc., aka
John J. Garagozzo Jr., dba East Coast
Premier Soccer, fdba Garagozzo &
Associates, PC
108 Brookhollow Court
Mickleton, NJ 08056

Social Security No.:
xxx–xx–4501

Employer's Tax I.D. No.:
45–4408038

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 2, 2021</u>
        <u>Jerrold N. Poslusny Jr.</u>
        Judge, United States Bankruptcy Court