**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John J. Garagozzo | Social Security number or ITIN   xxx–xx–4501 |
| | First Name   Middle Name   Last Name | EIN   45–4408038 |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14028–JNP | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John J. Garagozzo
aka East Coast Premier Training, Inc., aka John
J. Garagozzo Jr., dba East Coast Premier
Soccer, fdba Garagozzo & Associates, PC

11/2/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14028-JNP |
| John J. Garagozzo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 02, 2021 | Form ID: 318 | Total Noticed: 84 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Garagozzo, 108 Brookhollow Court, Mickleton, NJ 08056-1253 |
| aty | + | Carol E. Momjian, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| aty | | Dept. of Revenue Commonwealth of Pennsylvania, dep, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| aty | + | Douglas A. Madanick, Kulzer & DiPadova, PA, 76 E. Euclid Avenue, Suite 300, Haddonfield, NJ 08033-2342 |
| acc | + | Betty Jane Harrison-Marshall, 24 North White Horse Pike, Somerdale, NJ 08083-1741 |
| acc | + | Giuliano Miller & Company, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4504 |
| r | + | Hileman Real Estate, Inc., 11065 Cathell Road, Berlin, MD 21811-9378 |
| 516676431 | | AMA Insurance, 300 N. Wabash Avenue, Suite 39300, Chicago, IL 60611 |
| 516676426 | + | Accurate Termite & Pest Control, 30139 Susses Hwy., Laurel, DE 19956-3826 |
| 516676429 | + | Alastain James Speirs, PO Box 26, Mickleton, NJ 08056-0026 |
| 516676430 | + | Allegheny County Court Office, 414 Grant Street, 1st Floor, Pittsburgh, PA 15219-2428 |
| 516676437 | | Attorney Registration, Pennsylvania Judicial Center, 601 Commonwealth Ave., Ste. 5600, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676445 | | Commonwealth of Pennsylvania, Department of Revenue / Taxes, PO Box 280901, Harrisburg, PA 17128-0901 |
| 516676446 | + | Deutsche Bank National Trust Co., c/o Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518065773 | + | Disciplinary Board of the Supreme, Court of Pennsylvania, PO Box 62625, Harrisburg, PA 17106-2625 |
| 516676450 | + | Father Martin's Ashley, 800 Tydings Lane, Havre De Grace, MD 21078-2102 |
| 516676451 | + | Gloucester County Clerk, 1 N. Broad Street, Woodbury, NJ 08096-4602 |
| 518285906 | + | Internal Revenue Service, Attny General, Dept of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 516676455 | + | Kaplan, Leaman & Wolfe, 111 S. Independence Mall, Philadelphia, PA 19106-2515 |
| 516676456 | + | Katrina Vitale, Esquire, 105 N. Broad Street, Woodbury, NJ 08096-1703 |
| 516676458 | + | Law Offices of Katrina Vitale, Stephen Guice, Esquire, 413 Clements Bridge Road, Barrington, NJ 08007-1809 |
| 516676460 | + | M. Burr Keim Company, 2021 Arch Street, Philadelphia, PA 19103-1467 |
| 518280698 | + | New Jersey DFD/OCSS, PO Box 716, Trenton, NJ 08625-0716 |
| 516676464 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowga, NY 14225-1943 |
| 516676467 | | PNC Bank, N.A., Attn Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 516676465 | | Penn Medicine, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 516713657 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 516676466 | + | Phelan, Hallinan, Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516676468 | + | SCORE American Soccer Company, Inc., 726 E. Anaheim St., Wilmington, CA 90744-3635 |
| 516676471 | + | SLS, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 516676470 | + | Sheriff of Gloucester County, County Administration Building, 2 South Broad Street, PO Box 337, Woodbury, NJ 08096-7337 |
| 516676472 | + | South Jersey Gas, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 516758958 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516676473 | | Specialized Loan Servicing, LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 517052730 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516676474 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518280697 | + | Stephanie Santoro, 47 Fredrick Blvd, Swedesboro, NJ 08085-4245 |
| 516676476 | + | Superior Court of New Jersey, Cumberland County, 60 West Broad Street, Bridgeton, NJ 08302-2515 |
| 516676479 | + | The Bureaus, 650 Dundee Rd 370, Northbrook, IL 60062-2757 |
| 516676482 | + | USD District 10 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 516676481 | + | USW District 10 Local 286 Pension Fund, Jimmie Nolan and James Gloner, 410 N. 8th Street, Philadelphia, PA 19123-3903 |
| 517093523 | + | USW District 10 Local 286 Pension Fund, c/o Spear Wilderman, PC, 230 South Broad Street, 14th Floor, Philadelphia, PA 19102-4121 |
| 516676483 | | Veritext/Pennsylvania, 225 S. 15th Street, Philadelphia, PA 19102 |
| 516676484 | + | Wade D. Albert, Esquire, Sobol & Sobol, PC, 1845 Walnut Street, 23rd Floor, Philadelphia, PA 19103-4723 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 318 | Total Noticed: 84 |

| | | |
|---|---|---|
| 518119503 | + Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 | |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + EDI: QJDMARCHAND.COM | Nov 03 2021 00:18:00 | Joseph Marchand, Esq., 117-119 West Broad Street, PO Box 298, Bridgeton, NJ 08302-0228 |
| tr | + Email/Text: pmarraffa@standingtrustee.com | Nov 02 2021 20:29:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| tr | + EDI: QJDMARCHAND.COM | Nov 03 2021 00:18:00 | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: megan.harper@phila.gov | Nov 02 2021 20:30:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| cr | EDI: IRS.COM | Nov 03 2021 00:18:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| cr | + EDI: WFFC.COM | Nov 03 2021 00:18:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516676427 | + Email/Text: amscbankruptcy@adt.com | Nov 02 2021 20:30:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 516676428 | Email/Text: amscbankruptcy@adt.com | Nov 02 2021 20:30:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 516676434 | EDI: ARSN.COM | Nov 03 2021 00:18:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 516676435 | + EDI: ARSN.COM | Nov 03 2021 00:18:00 | ARS National Services, Onc., Department # 110840, PO Box 1259, Oaks, PA 19456-1259 |
| 516676432 | + EDI: AMEREXPR.COM | Nov 03 2021 00:18:00 | American Express, World Financial Center, 200 Vesey Street, New York, NJ 10285-1000 |
| 516676433 | + EDI: WFFC.COM | Nov 03 2021 00:18:00 | American Servicing Company, PO Box 10328, Des Moines, IA 50306-0328 |
| 516676436 | + Email/Text: bankruptcy@pepcoholdings.com | Nov 02 2021 20:30:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516946671 | Email/Text: bankruptcy@pepcoholdings.com | Nov 02 2021 20:30:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676438 | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 518032803 | Email/Text: megan.harper@phila.gov | Nov 02 2021 20:30:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 516676443 | Email/Text: megan.harper@phila.gov | Nov 02 2021 20:30:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |

Case 17-14028-JNP   Doc 185   Filed 11/04/21   Entered 11/05/21 00:12:23   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 318 | Total Noticed: 84 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516676439 | | EDI: CAPITALONE.COM | Nov 03 2021 00:18:00 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 516970638 | | EDI: CAPITALONE.COM | Nov 03 2021 00:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516676440 | | EDI: CAPITALONE.COM | Nov 03 2021 00:18:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516676441 | | EDI: CAPITALONE.COM | Nov 03 2021 00:18:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 516676442 | | EDI: CAPITALONE.COM | Nov 03 2021 00:18:00 | Capital One Services, LLC, PO Box 4144, Carol Stream, Il 60197-4144 |
| 516676444 | | EDI: WFNNB.COM | Nov 03 2021 00:18:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 516676447 | | EDI: ESSL.COM | Nov 03 2021 00:18:00 | DISH, PO Box 94063, Palatine, IL 60094-4063 |
| 516676448 | | EDI: ESSL.COM | Nov 03 2021 00:18:00 | DISH NETWORK, PO Box 7203, Pasadena, CA 91109-7303 |
| 516676454 | | EDI: JEFFERSONCAP.COM | Nov 03 2021 00:18:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516676457 | | Email/Text: kvitale@vitalelawoffice.com | Nov 02 2021 20:29:00 | Law Office of Katrina Vitale, LLC, 105 N. Broad Street, Woodbury, NJ 08096 |
| 516676459 | | EDI: RMSC.COM | Nov 03 2021 00:18:00 | Lowes Business Account/SYNCB, PO Box 530970, Atlanta, GA 30353-0970 |
| 516676462 | | EDI: HFC.COM | Nov 03 2021 00:18:00 | Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 516676461 | | EDI: HFC.COM | Nov 03 2021 00:18:00 | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 516676463 | + | Email/Text: bnc@nordstrom.com | Nov 02 2021 20:30:52 | Nordstrom Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 516676469 | + | EDI: CITICORP.COM | Nov 03 2021 00:18:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516676478 | + | EDI: LCITDAUTO | Nov 03 2021 00:18:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 516676477 | + | EDI: WTRRNBANK.COM | Nov 03 2021 00:18:00 | Target National Bank, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 516676485 | | EDI: WFFC.COM | Nov 03 2021 00:18:00 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 516676486 | + | EDI: WFFC.COM | Nov 03 2021 00:18:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 516676487 | + | EDI: WFFC.COM | Nov 03 2021 00:18:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| 518012881 | * | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516676453 | * | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518285904 | *+ | Internal Revenue Service, United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

Case 17-14028-JNP    Doc 185    Filed 11/04/21    Entered 11/05/21 00:12:23    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 318 | Total Noticed: 84 |

| 516676452 | * | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| acc | ##+ | Giuliano Miller & Co LLC, Berlin Business Park, 140 Bradford Ave., West Berlin, NJ 08091-9216 |
| acc | ##+ | Giuliano, Miller & Company, LLC., Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 516676449 | ##+ | Diversified Insurance & Financial Srvs, 13 Horton Street, Hammonton, NJ 08037-1714 |
| 516676475 | ##+ | Stephanie Santoro, 5 W. Wolfert Station Road, Mickleton, NJ 08056-1311 |
| 516676480 | ##+ | United Property & Casualty Insurance Co., PO Box 51149, Sarasota, FL 34232-0330 |

TOTAL: 0 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol E. Momjian | on behalf of Attorney Dept. of Revenue Commonwealth of Pennsylvania department of revenue cmomjian@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Marchand | on behalf of Plaintiff Joseph D Marchand jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Kevin Gordon McDonald | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Debtor John J. Garagozzo k_wilsonlaw@comcast.net courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Pamela Elchert Thurmond | on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| Ramanjit K. Chawla | on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us |
| Raymond Shockley, Jr | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 02, 2021 | Form ID: 318 | Total Noticed: 84 |

    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16